Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:     619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIE ANDERSON, | ) Case No.  09-CV-01041-GEB-GGH |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF SETTLEMENT |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30  days.  The parties jointly request  that

///

///

///

///

all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 9, 2009, for filing dispositional documents.

Dated: 9/9/09              KROHN & MOSS, LTD.

                           /s/Ryan Lee
                           Ryan Lee
                           Attorney for Plaintiff
                           Willie Anderson

Dated: 9/9/09              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                           /s/ Albert R. Limberg
                           Albert R. Limberg
                           Attorney for Defendant
                           NCO Financial Systems, Inc.