IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE ANDERSON, )
                                ) 2:09-cv-01041-GEB-GGH
        Plaintiff, )
                                ) ORDER RE: SETTLEMENT
   v. ) AND DISPOSITION
                                )
NCO FINANCIAL SYSTEMS, INC., )
                                )
        Defendant. )
                                )

        On September 9, 2009, the parties filed a Notice of Settlement in which they state this case has been settled. Further, the parties state they "anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days." Therefore, a dispositional document shall be filed no later than October 9, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: September 15, 2009

                                                   */s/ Garland E. Burrell, Jr.*
                                                   GARLAND E. BURRELL, JR.
                                                   United States District Judge